In the Matter of the ROYAL GLOBE INSURANCE COMPANY, Respondent, v. BETTY SPAIN et al., Appellants.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.